FILED
NOV 04 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | 3:26 CR 507 |
| | ) | JUDGE KNEPP |
| v. | ) | CASE NO. MAGISTRATE JUDGE CLAY |
| | ) | Title 18, United States Code, |
| RICHARD DENNISON, | ) | Sections 922(g)(1), 924(a)(8) |
| | ) | 2251(a) and (e), and 2252(a)(2) |
| Defendant. | ) | |

COUNT 1
(Sexual Exploitation of a Minor (Production of Child Pornography),
18 U.S.C. §§ 2251(a) and (e))

The Grand Jury charges:

1. From on or about January 1, 2026 to on or about September 21, 2026, in the Northern District of Ohio, Western Division, and elsewhere, Defendant RICHARD DENNISON did employ, use, persuade, induce, entice and coerce a minor, Victim 1, to engage in sexual conduct for the purpose of transmitting a visual depiction of such conduct, and he knew and had reason to know that the visual depiction would be transported, transmitted, or produced using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce including a computer, in violation of Title 18, United States Code, Sections 2251(a) and (e).

COUNT 2
(Receipt and Distribution of Child Pornography, 18 U.S.C. § 2252(a)(2))

The Grand Jury further charges:

2. From on or about January 1, 2026 to on or about September 21, 2026, in the Northern District of Ohio, Western Division, and elsewhere, Defendant RICHARD DENNISON did knowingly receive and distribute any visual depiction using any means or facility of

ORIGINAL

interstate commerce, the production of such visual depictions involved the use of minors engaged in sexually explicit conduct, and such visual depictions were of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2).

COUNT 3
(Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

3. On or about September 21, 2026, in the Northern District of Ohio, Western Division, Defendant RICHARD DENNISON, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Aggravated Assault, on or about March 4, 1988, in Lorain County Court of Common Pleas case number G-4801-CR-01292295-000, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Marlin Firearm, Glenfield Model 75, 22LR semi auto rifle, bearing serial number 6847141 and ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

FORFEITURE SPECIFICATION

The Grand Jury further charges:

4. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 924(d)(1) and 2253, and 28 U.S.C. § 2461(c), the allegations of Counts 1 through 3 are hereby re-alleged and incorporated herein by reference. As a result of the foregoing offenses, Defendant RICHARD DENNISON shall forfeit to the United States: all firearms and ammunition involved in or used in the violation charged in Count 3; and (i) all visual depictions described in Title 18, United States Code, Section 2252, and all books, magazines, periodicals, films, videotapes, and other matter which contain any such visual depictions, which were produced, transported, mailed, shipped or received in violation of Title 18, United States Code,

Chapter 110; (ii) all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from the offenses charged in Counts 1 and 2; and (iii) all property, real and personal, used or intended to be used to commit or to promote the commission of the offenses charged in Count 1 and 2; and all property traceable to such property; including, but not limited to, the following:

a. Blue Samsung A16 cellphone in clear case IMEI: 357455611790630;

b. Blue Samsung A17 cellphone in blue case IMEI: 35642656283216;

c. Dark Blue Samsung SM-A166U in blue case IMEI: 357455611562294;

d. Blue Motorola cellphone in clear case IMEI: 352036368908297; and

e. a Marlin Firearm, Glenfield Model 75, 22LR semi auto rifle, bearing serial number 6847141 and ammunition

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.